**NOT FOR PUBLICATION**  **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANICE HARRISON, *et al.*, | Hon. Faith S. Hochberg |
| Plaintiffs, | Civil No. 09-1849 (FSH) |
| v. | |
| CITY OF NEWARK, *et al.*, | **ORDER ON INFORMAL APPLICATION** |
| Defendants. | Date: June 14, 2010 |

**HOCHBERG, District Judge:**

This matter having come before the Court for a telephone conference on the record on June 11, 2010;

and the Court being advised that one plaintiff is incarcerated in Florida and will be incarcerated until mid-2011;

and the plaintiffs having not provided discovery;

and the Court being advised that counsel agrees to the administrative termination of this action until July 30, 2011 so that the defendant can secure discovery from the plaintiff;

and counsel being advised that if there is no request to reactivate the case on or before July 30, 2011, then the case will be dismissed;

IT IS THEREFORE ON THIS 14th day of June, 2010

**ORDERED** that the Clerk shall administratively terminate the action in his records, without prejudice to the right of the parties to reopen the case so long as the request to reopen is made on or before **July 30, 2011.** If no request to reopen is filed by July 30, 2011, then the case shall be dismissed.

                                             /s/ Faith S. Hochberg
                                         **Hon. Faith S. Hochberg, U.S.D.J.**